[No. 4636–II.  Division Two.  January 14, 1982.]

GAIL MORRISON, *Respondent*, v. STANLEY SAWYER,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 268140, Arthur W. Verharen, J., entered February 15, 1980. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Pearson and Petrie, JJ.

[No. 4507–9–II.  Division Two.  January 15, 1982.]

EARL D. BARNETT, ET AL, *Respondents*, v. SHIRLEY
WEIDMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 272166, Robert A. Jacques, J., entered January 16, 1980. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Pearson and Petrie, JJ.

[No. 5042–1–II.  Division Two.  January 15, 1982.]

THE CITY OF BREMERTON, *Respondent*, v. STEVEN
J. LEEK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 80–1–00241–2, Jay W. Hamilton, J., entered September 11, 1980. *Affirmed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Pearson and Petrie, JJ.